STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

LAUREN M. HARDING (CABN 308029)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6938
    Fax: (415) 436-7234
    Lauren.Harding@usdoj.gov

Attorneys for United States of America

> **FILED**
>
> Apr 27 2022
>
> Mark B. Busby
> CLERK, U.S. DISTRICT COURT
> NORTHERN DISTRICT OF CALIFORNIA
> SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:22-mj-70489-MAG |
| Plaintiff, | [~~PROPOSED~~] DETENTION ORDER FOR DEFENDANT DAVID ORDONEZ |
| v. | |
| DAVID ORDONEZ, | |
| Defendant. | |

On April 18, 2022, defendant David Ordonez was charged by Complaint with conspiracy to distribute 40 grams or more of fentanyl, in violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B)(vi), distribution of 5 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii), and distribution of 40 grams or more of fentanyl, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi).

This matter came before the Court on April 27, 2022 for a detention hearing. The defendant was present by Zoom and consented to appear by video and was represented by Gabriela Bischof. Assistant United States Attorney Lauren Harding appeared for the government. The government moved for

detention, and the defendant opposed.  Before the hearing, counsel for the United States submitted a memorandum in support of detention.  *See* Dkt. 9.  At the hearing, counsel for both parties submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers, and arguments presented, and for the reasons stated on the record on April 27, 2022, the Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the person as required.  Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1).  As noted on the record, the Court makes the following findings as the bases for its conclusion:

- The defendant has very few connection to the Northern District of California and has only resided in the District for one year;
- The defendant's identified surety is a friend of only 7 months and is not a substantial tie to the District;
- The defendant faces serious charges carrying significant prison time if convicted;
- The defendant faces multiple pending cases in state court, where he could face prison time if convicted;
- An ankle monitor, proposed by defense counsel, would not be an adequate deterrent to secure the defendant's appearance due to the risk that he could take it off and flee the District.

These findings are made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: April 27, 2022

HONORABLE THOMAS S. HIXSON
United States Magistrate Judge